AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>KEITH EDWARD MATTHEWS<br><br>*Defendant(s)* | Case No.  4:22 MJ 5081 NAB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 31, 2022, April 5, 12, 20 2022  in the county of  St. Louis  in the  Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | CTS. 1-3- distribution of a controlled substance<br>CT. 4 - possession with the intent to distribute a controlled substance |
| 18 U.S.C. 924(c) | CT. 5 - possession of one or more firearms in furtherance of the commission of a drug trafficking crime |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Daniel Plumb, Task Force Officer, DEA

*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 04/20/2022

*Judge's signature*

City and state:  St. Louis, Missouri   Honorable Nannette A. Baker, U.S. Magistrate Judge

*Printed name and title*